604 P.2d 621

**The STATE of Arizona ex rel. Andy BAUMERT, Phoenix City Attorney, Petitioner,**

v.

**The MUNICIPAL COURT OF the CITY OF PHOENIX, Arizona, and The Honorable Patricia Whitehead, Judge thereof; and Jesus V. Baca, Real Party in Interest, Respondents.**

**No. 14510.**

Supreme Court of Arizona, In Banc.

Nov. 27, 1979.

Rehearing Denied Jan. 3, 1980.

Andrew Baumert, Phoenix City Atty. by George H. Bonsall, Asst. City Prosecutor, Phoenix, for petitioner.

Solomon, Relihan & Blake by John J. Relihan, Jr., Martin J. Solomon, Phoenix, for respondents.

STRUCKMEYER, Vice Chief Justice.

This case is a companion case to *Jesus V. Baca v. The Honorable Ralph G. Smith, et al.*, 124 Ariz. 353, 604 P.2d 617 (1979). Its disposition is controlled by our decision there.

Prayer for relief granted.

CAMERON, C. J., and HAYS, HOLOHAN and GORDON, JJ., concur.